CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 23 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| MATTHEW J. HAYMAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 3:15-cv-00052 |
| | ) |
| MEGAN R. FREDERICK, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

The defendants, Megan R. Frederick, Angela D. Catlett, Jonathan B. Slater, Wade A. Gelbert, Thomas G. Smith, and Justin W. Witt, by counsel, hereby give notice pursuant to 28 U.S.C. §§ 1331 and 1446 of the removal to this Court of the action commenced against them in the Circuit Court for the County of Culpeper, styled "Matthew J. Haymaker v. Megan R. Frederick, *et al.*," Case No. CL 2015-L-810.

The following facts support removal on the basis of the existence of federal question jurisdiction:

1.      On August 20, 2015, Matthew J. Haymaker (the "Plaintiff") commenced this action by filing a Complaint (the "Complaint") in the Circuit Court for the County of Culpeper. A copy of the Complaint is attached hereto as **Exhibit 1**.

2.      The Complaint and summons were served upon the defendants on August 25, 2015.

3.      On September 15, 2015, the Defendants filed their Demurrer and Motion Craving Oyer in the Circuit Court for the County of Culpeper. A copy of the Demurrer and Motion Craving Oyer are attached hereto as **Exhibits 2 and 3**, respectively.

4.     This Court has original jurisdiction ("federal question jurisdiction") over causes of action that arise under the Constitution and laws of the United States. 28 U.S.C. § 1331. The Complaint brings a cause of action under 42 U.S.C. § 1983. (Ex. 1 ¶¶ 1, 2, 76–81.) Counts I through III of the Complaint allege state law claims. This court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

5.     The Western District of Virginia, Charlottesville Division, is the United States District Court and division thereof embracing the place where the state court action is pending.

6.     This Notice is filed within thirty (30) days after service of the initial pleading upon the defendants.

7.     The pleadings and papers served upon defendants consist of the Complaint attached as Exhibit 1.

8.     On this date, the defendants served the Clerk of the Circuit Court for the County of Culpeper with a Notice of Filing of this Notice of Removal, together with Exhibits, for filing, pursuant to 28 U.S.C. § 1446(d). A copy of that notice is attached as **Exhibit 4**.

9.     On this date, the defendants served counsel for the Plaintiff a copy of the Notice of Filing of this Notice of Removal, with Exhibits, pursuant to 28 U.S.C. § 1446(d).

11.     All defendants consent to removal of this action to federal court.

WHEREFORE, the defendants, Megan R. Frederick, Angela D. Catlett, Jonathan B. Slater, Wade A. Gelbert, Thomas G. Smith, and Justin W. Witt, by counsel, respectfully request that the United States District Court for the Western District of Virginia assume jurisdiction over this matter.

Respectfully submitted,

MEGAN R. FREDERICK
ANGELA D. CATLETT
JONATHAN B. SLATER
WADE A GELBERT
THOMAS G. SMITH
JUSTIN W. WITT

By: _William W. Tunner_

    Counsel

William W. Tunner (VSB No. 38358)
Michael G. Matheson (VSB No. 82391)
Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Tel.: (804) 698-5933
Fac.: (804) 780-1813
wtunner@t-mlaw.com
mmatheson@t-mlaw.com

*Counsel for Megan R. Frederick, Angela D.
Catlett, Jonathan B. Slater, Wade A. Gelbert,
Thomas G. Smith, and Justin W. Witt*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via first-class mail, postage prepaid, this 22nd day of September, 2015, on the following counsel of record:

Andrew D. Meyer
P.O. Box 14543
Richmond, Virginia 23221

T.J. O'Brien
P.O. Box 942
Abingdon, Virginia 24212

William W. Tunner (VSB No. 38358)
Michael G. Matheson (VSB No. 82391)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Tel: (804) 698-6251
Fax: (804) 780-1813
wtunner@t-mlaw.com
mmatheson@t-mlaw.com

*Counsel for Defendants The Geo Group, Inc.,
Ed Wright, and Belinda Bullock*