VIRGINIA:

IN THE CIRCUIT COURT FOR THE COUNTY OF CULPEPER

MATTHEW J. HAYMAKER,                )
                                    )
                  Plaintiff,        )
v.                                  )        Civil Case No. 2015-L-810
                                    )
MEGAN R. FREDERICK, et al.,         )
                                    )
                  Defendants.       )

## MOTION CRAVING OYER

COMES NOW, the defendants, Megan R. Frederick, Angela D. Catlett, Jonathan B. Slater, Wade A. Gelbert, Thomas G. Smith, and Justin W. Witt (collectively, "the Defendants"), by counsel, and crave oyer of certain writings relied upon by the plaintiff, Matthew J. Haymaker, in the Complaint, for the reasons that follow:

1.      "In modern day practice, a motion to crave oyer is a request of the Court to require that a document sued upon, or a collateral document which is necessary to the Plaintiff's claim, be treated as though it were part of the Plaintiff's pleadings." *Ragone v. Waldvogel*, 54 Va. Cir. 581, 582 (Va. Cir. Ct. 2001) (citing *Burton v. F. A. Seifert & Co.*, 108 Va. 338, 350, 61 S.E. 933 (1908) and *Sjolinder v. Am. Enterprise Solutions, Inc.*, 51 Va. Cir. 436 (2000)). "A defendant can crave oyer of all documents that form the basis of the plaintiff's claim. . . . '[A] litigant has no right to put blinders on the court and attempt to restrict its vision to only such parts of the record as the litigant thinks tend to support his view.'" *Sjolinder*, 51 Va. Cir. at 437 (quoting *Culpeper Nat'l Bank v. Morris*, 168 Va. 379, 382–83, 191 S.E. 764 (Va. 1937)).

2.      The Complaint expressly relies upon portions of the following writings in support of the claims asserted therein:

1

a.  The written results of the internal affairs investigation of Haymaker (Compl. ¶ 28);

b.  The March 24, 2015, post appearing on the "Friends for Megan Frederick" Facebook page quoted in Paragraph 34 of the Complaint;

c.  The June 23, 2015, post appearing on the "Friends for Megan Frederick" Facebook page quoted in Paragraph 46 of the Complaint;

d.  The Daily Progress news story dated June 23, 2015, quoted in Paragraph 45 of the Complaint;

e.  The email communication between Megan R. Frederick and Ray Morrogh quoted in Paragraph 61 of the Complaint;

3.  The plaintiff should not be permitted to rely on the language he deems favorable to his claims against the Defendants without incorporating a true and complete copy of these documents into the pleadings.

4.  The Defendants have been materially and unduly prejudiced in the preparation of their defense to this action as a result of the plaintiff's failure to incorporate complete copies of the various writings relied upon in support of his claims.

5.  The Defendants crave oyer of each of the foregoing documents.

WHEREFORE, the defendants, Megan R. Frederick, Angela D. Catlett, Jonathan B. Slater, Wade A. Gelbert, Thomas G. Smith, and Justin W. Witt, by counsel, prays that this Court enter an Order granting the instant motion; directing the plaintiff to file a copy of each of the documents enumerated above; deeming each of these documents incorporated by reference into the Complaint as if set forth fully therein; and for such further relief as this Court deems just and proper.

Respectfully submitted,

MEGAN R. FREDERICK
ANGELA D. CATLETT
JONATHAN B. SLATER
WADE A GELBERT
THOMAS G. SMITH
JUSTIN W. WITT

By: _____
Counsel

William W. Tunner (VSB No. 38358)
Michael G. Matheson (VSB No. 82391)
Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Tel.: (804) 698-5933
Fax.: (804) 780-1813
wtunner@t-mlaw.com
mmatheson@t-mlaw.com
*Counsel for Megan R. Frederick, Angela D. Catlett, Jonathan B. Slater, Wade A. Gelbert, Thomas G. Smith, and Justin W. Witt*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following counsel of record this 14th day of September, 2015, via first-class mail, postage prepaid:

Andrew D. Meyer
P.O. Box 14543
Richmond, Virginia 23221

T.J. O'Brien
P.O. Box 942
Abingdon, Virginia 24212