V I R G I N I A:

IN THE CIRCUIT COURT FOR COUNTY OF CULPEPER

| | | |
|---|---|---|
| MATTHEW J. HAYMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. 2015-L-810 |
| | ) | |
| MEGAN R. FREDERICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**
**IN THE UNITED STATES DISTRICT COURT**

To:   Hon. Janice J. Corbin
      Culpeper County Circuit Court
      Courthouse Building
      135 W. Cameron Street
      Culpeper, Virginia 22701-3097

1.     Please take notice that on September 16, 2015, the defendants, Megan R. Frederick, Angela D. Catlett, Jonathan B. Slater, Wade A. Gelbert, Thomas G. Smith, and Justin W. Witt, by counsel, filed in the United States District Court for the Western District of Virginia, Charlottesville Division, a Notice of Removal asking that Court to assume jurisdiction over this matter. A copy of the Notice of Removal is attached as **Exhibit A**. As shown by the Certificate of Service below, a copy of this Notice of Filing of Notice of Removal, with Exhibits, has today been served upon the plaintiff and filed with the Clerk, United States District Court for the Western District of Virginia, Charlottesville Division.

2.     This notice is given pursuant to 28 U.S.C. § 1446(d), which provides that upon the giving of such notice, the State court shall proceed no further unless and until the case is remanded.



Respectfully submitted,

MEGAN R. FREDERICK
ANGELA D. CATLETT
JONATHAN B. SLATER
WADE A GELBERT
THOMAS G. SMITH
JUSTIN W. WITT

By: _____
                    Counsel

William W. Tunner (VSB No. 38358)
Michael G. Matheson (VSB No. 82391)
Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Tel.: (804) 698-5933
Fac.: (804) 780-1813
wtunner@t-mlaw.com
mmatheson@t-mlaw.com

*Counsel for Megan R. Frederick, Angela D.
Catlett, Jonathan B. Slater, Wade A. Gelbert,
Thomas G. Smith, and Justin W. Witt*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via first-class mail, postage prepaid, this

22nd day of September, 2015, on the following counsel of record:

Andrew D. Meyer
P.O. Box 14543
Richmond, Virginia 23221

T.J. O'Brien
P.O. Box 942
Abingdon, Virginia 24212

William W. Tunner (VSB No. 38358)
Michael G. Matheson (VSB No. 82391)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Tel: (804) 698-6251
Fax: (804) 780-1813
wtunner@t-mlaw.com
mmatheson@t-mlaw.com

*Counsel for Defendants The Geo Group, Inc.,
Ed Wright, and Belinda Bullock*

3