CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MATTHEW J. HAYMAKER, | ) |
| Plaintiff, | ) Civil Action No. 3:15-CV-00052 |
| v. | ) **ORDER** |
| MEGAN R. FREDERICK, et al., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendants' motion to dismiss (Docket No. 3) is **GRANTED** with respect to the Counts III and IV of plaintiff's complaint;

2. The plaintiff's remaining state-law claims are **REMANDED** to the Circuit Court for the County of Culpeper; and

3. This action shall be **STRICKEN** from the court's active docket.

The Clerk is directed to send copies of the order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 15th day of December, 2015.

/s/ Glen E. Conrad
Chief United States District Judge